## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

**FELIX SAIZ,**
          **Plaintiff,**

      **vs.**                                              **CIV NO. 2:21-00310-KRS**

**KILOLO KIJAKAZI,**
**Acting Commissioner of Social Security,**
          **Defendant.**

### <u>ORDER FOR EXTENSION</u>

      Upon consideration of Defendant's Unopposed Motion for an Extension of Time

(Doc. 21) to file a response to Plaintiff's Motion to Reverse and Remand Administrative Agency

Decision, with Memorandum of Law in Support (Doc.20), the Court having reviewed the motion

and being otherwise fully advised, FINDS that the motion is well taken and is GRANTED.

      IT IS THEREFORE ORDERED that Defendant shall have until February 17, 2022, to

file a response, and Plaintiff shall have until March 3, 2022, to file a reply.

_____
KEVIN R. SWEAZEA
United States Magistrate Judge

SUBMITTED AND APPROVED BY:

*Electronically submitted*
M. THAYNE WARNER
Special Assistant United States Attorney

*Electronically approved*
KATHERINE H. O'NEAL
Attorney for Plaintiff